FILED

JAN 30 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Southern DIVISION

MARIANELA VELEZ )
_____ )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 7:20-cv-20-D
(To be assigned
by the Clerk of
District Court)

vs.

Ryan D. McCarthy, Secretary )
Department of the Army )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

## COMPLAINT

1. Plaintiff resides at 219 & West 9d st Southport, NC 28461 _____

2. Defendant(s) name(s): _____

Honorable Ryan D. McCarthy, Secretary of the Army.

1

Case 7:20-cv-00020-D    Document 1    Filed 01/30/20    Page 1 of 5

Location of principal office(s) of the named defendant(s):

Department of the Army office of Assistant Secretary of the Army Manpower and Reserve Affairs

Nature of defendant(s) business: Federal Government Agency

Approximate number of individuals employed by defendant:

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) _____ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) __X__ Other acts as specified below:

Subjected To Discrimination and subjected To Hostile Work Environment Harrasment on the basis sex (Female) Age, Race, and Reprisal when not selected for the position of Secretary (Office Automation).

2

5. Plaintiff is:

    (A) __Y__ presently employed by the defendant.

    (B) _____ not presently employed by the defendant.

        The dates of employment were _____.

        Employment was terminated because:

        (1) _____ plaintiff was discharged.

        (2) _____ plaintiff was laid off.

        (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

    (A) __X__ my race.

    (B) _____ my religion.

    (C) __X__ my sex.

    (D) __X__ my national origin.

    (E) __X__ other as specified below:

    _Hostle work environment and Reprisal_

    _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Spero Pokatos, white, male, Director of Cargo Operations
Jacob McDaniels, white, male, Provost Marshall
_____
_____
_____
_____

3

8. The alleged discrimination occurred on or about _____ Sept 26, 2016 _____.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Capt Jacob McDaniels Treated me in A Belittering manner During a Counseling Session in Front of Unit Staff. He raised his voice at me AND Displayed an Emotional Action in The process. He presented me with written Counseling for Hanging up a phone. He belitted me for Not Communications properly with or other Staff. SPero SPekAto Interviewed me for a Job (secretarial Job) AND Presented an Improper Question during The Interview. (would I cry if an employee asked me Questions in a unprofessional manner). After Selection notification, He came To my office T. explain why he selected Some one else. By This time I had submitted an EEO complaint and he was aware of this Action.

10. The alleged illegal activity took place at: Military Ocean Terminal Sunny Point. Suthport NC. _____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about July 28, 2016 _____. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____ 7 NOV 2019 _____.

4

12. I seek the following relief:

(A) _____ recovery of back pay;

(B) _____ reinstatement to my former job;

(C) _X__ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

injunctive orders, damages, costs and attorney's fees.

30 Jan 2020
Date

Signature of Plaintiff

P.O. Box 10882

Southport, N.C.

28461

910 705 1149

Address and Phone Number of Plaintiff

5