IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CV-00020-D

| | | |
|---|---|---|
| MARIANELA VELEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHRISTINE WORMUTH, Acting Secretary of the Army, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Motion of the parties for entry of an Order modifying the Scheduling Order [D.E. 38]. For good cause shown, the Motion is GRANTED and the Scheduling Order is modified as follows:

    a.    All discovery, including depositions, shall be completed by November 29, 2021;

    b.    All dispositive motions shall be filed by January 18, 2022;

The remainder of the Scheduling Order remains unchanged.

SO ORDERED. This the **25** day of October, 2021.

                                              James C. Dever III
                                              United States District Judge