UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARIANELA VELEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 7:20-CV-20-D** |
| CHRISTINE E. WORMUTH, Secretary of the Army, | ) ) ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 46]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on July 29, 2022, and Copies To:**

| | |
|---|---|
| Kirk J. Angel | (via CM/ECF electronic notification) |
| Lauren A. Golden | (via CM/ECF electronic notification) |

DATE:	PETER A. MOORE, JR., CLERK
July 29, 2022	(By) /s/ Nicole Sellers
	Deputy Clerk